# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3081 |
| | ) | |
| V. | ) | |
| | ) | |
| VAL LIMITED, a Nebraska | ) | ORDER |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for a continuance, (filing no. 24), is granted, and on or before November 6, 2009, the parties shall either advise the court that this case is settled, or the defendant shall file a motion addressing whether this case should be dismissed for lack of standing under Rules 12(b)(1)and/or 12(b)(6) of the Federal Rules of Civil Procedure.

DATED this 25th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*

United States District Judge