IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | CASE NO. 4:09-cv-3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATED MOTION FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| VAL LIMITED, a Nebraska corporation, dba | ) | |
| Valentino's Restaurant, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Lorinda Brown, by and through her counsel Schwartz Zweben, L.L.P., and Defendant Val Limited, by and through its counsel Rembolt Ludtke LLP, jointly stipulate to dismissal with prejudice of the above-captioned case, and request the Court for an Order dismissing with prejudice said case.

DATED: December 16, 2009

LORINDA BROWN, Plaintiff        VAL LIMITED, a Nebraska corporation, dba
                                Valentino's Restaurant, Defendant

By:   s/ Stephan M. Nitz                By:   s/s Mark A. Fahleson
      Stephan M. Nitz  (#45561)               Mark A. Fahleson (#19807)
      SCHWARTZ ZWEBEN, L.L.P.                 David J. A. Bargen (#22862)
      3876 Sheridan Street                   REMBOLT LUDTKE LLP
      Hollywood, Florida  33021              1201 Lincoln Mall, Suite 102
      (954) 966-2483                         Lincoln, NE 68508
      (954) 966-2566                         (402) 475-5100
      snitz@szalaw.com                       (402) 475-5087
                                             mfahleson@remboltludtke.com
                                             dbargen@remboltludtke.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 16, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Stephan M. Nitz
snitz@szalaw.com
Schwartz Zweben, L.L.P.

Marvin L. Andersen
marvin@bradleylawoffice.com

Michael P. Kneale
mike@bradleylawoffice.com

Attorneys for Plaintiff

                                                                                            s/s Mark A. Fahleson
                                                                                          Mark A. Fahleson

G:\WDOX\clients\32339\000\00299604.WPD